UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KELLY BYSOUTH,
    Plaintiff

-vs-                              Case No.
                                    Hon. Gershwin A. Drain
                                    Magistrate Judge: R. Steven Whalen

FLEET MANAGEMENT
*et al.*
    Defendants

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against MLA Holdings, LLC; Gerald Lewis; National Payment Solutions of New York, LLC; Michael Robinson; Recovery Services and Restitution; and Capture Financial, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

So ordered

                                              /s Gershwin A Drain
                                              Gershwin A. Drain

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip | /s/ by consent Charity A. Olson |
| Ian B. Lyngklip P47173 | Charity A. Olson (P68295) |
| LYNGKLIP & ASSOCIATES | OLSON LAW GROUP |
| CONSUMER LAW CENTER, PLC | 2723 S. State St., Suite 150 |
| Attorney For Kelly Bysouth | Ann Arbor, MI 48104 |
| 24500 Northwestern Highway, Ste. 206 | Tel: (734) 222-5179 |
| Southfield, MI 48075 | Fax: (866) 941-8712 |
| PH: (248) 208-8864 | colson@olsonlawpc.com |
| Ian@MichiganConsumerLaw.Com | |