UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KELLY BYSOUTH,
    Plaintiff,

-vs-                                    Case No. 2:14-CV-13654
                                          Hon. Gershwin A. Drain
                                          Mag. Judge: R. Steven Whalen

FLEET MANAGEMENT, *et al.,*
    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses United Merchant Asset Recovery, LLC, Heston McClain, Turner Stevens and Tina Martin from this action. This dismissal is with prejudice and without costs or attorney's fees. The court shall retain jurisdiction only for the purpose of enforcing the settlement of this matter.

                                                    Respectfully Submitted,

                                                    LYNGKLIP & ASSOCIATES
                                                    CONSUMER LAW CENTER, PLC

                                                    By: /s/ Carl Schwartz
                                                    Carl Schwartz (P-70335)
                                                    Attorney for Kelly Bysouth
                                                    24500 Northwestern Highway, Suite 206
                                                    Southfield, Michigan 48075
                                                    (248) 208-8864
                                                    Carl@MichiganConsumerLaw.Com

Dated: October 13, 2015

## Certificate of Service

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        Respectfully Submitted,

        LYNGKLIP & ASSOCIATES
        CONSUMER LAW CENTER, PLC

        By: /s/ Carl Schwartz
        Carl Schwartz (P-70335)
        Attorney for Kelly Bysouth
        24500 Northwestern Highway, Suite 206
        Southfield, Michigan 48075
        (248) 208-8864
        Carl@MichiganConsumerLaw.Com

Dated: October 13, 2015