UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KELLY BYSOUTH,
    Plaintiff,

-vs-                                    Case No. 2:14-CV-13654
                                          Hon. Gershwin A. Drain
                                          Mag. Judge: R. Steven Whalen

FLEET MANAGEMENT, *et al.,*
    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Ms. Bysouth voluntarily dismisses the above-captioned action with prejudice and without costs or attorney's fees to any party.

                                          Respectfully Submitted,

                                          LYNGKLIP & ASSOCIATES
                                          CONSUMER LAW CENTER, PLC

                                          By: /s/ Carl Schwartz
                                          Carl Schwartz (P-70335)
                                          Attorney for Kelly Bysouth
                                          24500 Northwestern Highway, Suite 206
                                          Southfield, Michigan 48075
                                          (248) 208-8864
                                          Carl@MichiganConsumerLaw.Com

Dated: January 19, 2016

## Certificate of Service

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           Respectfully Submitted,

                                           LYNGKLIP & ASSOCIATES
                                           CONSUMER LAW CENTER, PLC

                                           By: /s/ Carl Schwartz
                                           Carl Schwartz (P-70335)
                                           Attorney for Kelly Bysouth
                                           24500 Northwestern Highway, Suite 206
                                           Southfield, Michigan 48075
                                           (248) 208-8864
                                           Carl@MichiganConsumerLaw.Com

Dated: January 19, 2016